**Appeal Dismissed and Memorandum Opinion filed January 18, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00789-CR

### ALBERTO J. CELARIE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1503899**

## MEMORANDUM OPINION

Appellant filed a notice of appeal on August 21, 2017 appealing trial court cause numbers 1503899 and 1504399.[1] Appellant's notice of appeal indicated trial court cause number 1503899 involved a conviction for felon in possession of a firearm. A review of the record before this court indicates that trial court cause

---

[1] The appeal of trial court cause number 1504399 was previously dismissed by this court. *See Celarie v. State*, No. 14-17-00778-CR, 2017 WL 4797835 (Tex. App.—Houston [14th Dist.] Oct. 24, 2017, no pet.) (mem. op., not designated for publication).

number 1503899 involved a charge of possession of a controlled substance and was dismissed as appellant was convicted in trial court cause numbers 1503898 and 1504399.

Appellant was ordered to determine if the notice of appeal contained a defect and file an amended notice of appeal with this court on or before December 15, 2017. Appellant was informed that the court would proceed based on the record before this court, related to trial court cause number 1503899, if appellant failed to file anything with this court by that date. Appellant filed no response.

In Texas, appeals in criminal cases are permitted only when they are specifically authorized by statute. *State ex rel. Lykos*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011); *see* Tex. Code Crim. Proc. art. 44.02. Generally, a criminal defendant may only appeal from a final judgment of conviction. *See State v. Sellers*, 790 S.W.2d 316, 321 n. 4 (Tex. Crim. App. 1990); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

There is no appeal available for appellant from the dismissal of this cause. Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

Accordingly, the appeal from trial court cause number 1503899 is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).